**6 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/29/13

Case No.   C-12-6357 SI          Judge:   SUSAN ILLSTON

Title: SALVARO  -v-  PARK VENTURES

Attorneys: Robert Baker         David Chun

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **7/12/13    @ 3:00 p.m.** for Further Case Management Conference

Case continued to **12/6/13    @ 9:00 a.m.**  for Motions
(Motion due **11/1/13** , Opposition **11/15/13**  Reply **11/22/13**)

Case continued to **3/18/14    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/31/14    @ 8:30 a.m.**  for Trial (JURY:  Days)
Discovery Cutoff: 10/25/13  Designate Experts by: 1/20/14, Rebuttal Experts:2/3/14, Expert Discovery Cutoff:2/17/14

ORDERED AFTER HEARING:
 The parties will participate in the mediation scheduled to occur on May 21, 2014.