IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIO SALVARO,   No. C 12-06357 SI

        Plaintiff,   **PRETRIAL PREPARATION ORDER**

  v.

PARK VENTURES, INC., ET AL.,

        Defendant.
                                          /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 12, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/25/13.

DESIGNATION OF EXPERTS: 1/20/14; REBUTTAL: 2/3/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 17, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by November 1, 2013;

    Opp. Due November 15, 2013; Reply Due November 22, 2013;

    and set for hearing no later than December 6, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 18, 2014 at 3:30 PM.

JURY TRIAL DATE: March 31, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in the mediation scheduled to occur on May 21, 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/2/13

SUSAN ILLSTON
United States District Judge