DAVID Y. CHUN, ESQ. SBN 187427
Law Offices of David Y. Chun
Twelve South First Street, Suite 912
San Jose, California 95113
(408) 995-0200
(408) 228-5033 (f)
dchun@chunlaw.com
Attorney for Defendants PARK VENTURES, INC., PILSANG PARK, SOON PARK, and HONG PARK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIO SALVARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARK VENTURES, INC., PILSANG PARK, SOON PARK, and HONG PARK<br><br>　　　　Defendants. | Case No. CV-12-6357 SI<br><br>JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

COME NOW Plaintiff PIO SALVARO (AKA "PIO SALVORO") and Defendants PARK VENTURES, INC., PILSANG PARK, SOON PARK, and HONG PARK by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and file this Joint Stipulation and Proposed Order of Dismissal with Prejudice and show as follows:

The parties in the above-captioned case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. In light of that Settlement Agreement and General Release, Plaintiff agrees to dismiss his claim against Defendants WITH PREJUDICE.

///

1  NOW THEREFORE, the parties stipulate and agree to the dismissal of the above-captioned case,
2  and each and every claim therein, with prejudice. All parties to bear their own costs in the above
3  captioned matter.

4  Respectfully Submitted,                                    Respectfully Submitted,

5  Dated: June 5, 2013                                        Dated: 6/15/13

6
7  LAW OFFICES OF ROBERT                                      LAW OFFICES OF DAVID Y. CHUN
   DAVID BAKER, INC.
8
9  By: _s/_____                       By: _s/_____
       Robert David Baker, Esq.                                    David Y. Chun
10     Attorney for Plaintiff PIO SALVARO                          Attorney for Defendants PARK
11                                                                 VENTURES, INC., PILSANG PARK,
                                                                   SOON PARK, and HONG PARK
12
...
22 ///
...
30 ///

---

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE/Case No. CV-12-6357 SI

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this ___11th___ day of ___June___, 2013.

IT IS SO ORDERED.

DATED: ___6.11.12___

_____
UNITED STATES DISTRICT COURT JUDGE